IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**
JUN 2 5 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| UNITED STATES OF AMERICA | Case No. 5:17-MJ-1743-36 |
|---|---|
| v. | |
| SEDALE LEE COUNCIL | **Filed Under Seal** |

### ORDER TO SEAL CRIMINAL COMPLAINT
### AND SUPPORTING DOCUMENTATION

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the above-captioned matter be sealed until such time as unsealing is requested by the United States Attorney *or another person* and granted by the court.

It is FURTHER ORDERED that the Clerk provide the United States and the Drug Enforcement Administration with a copy of the affidavit, the criminal complaint, the arrest warrant, and the return of service, as well as a copy of the Motion and Order to Seal the same.

This the 25 day of June, 2019.

_____
HON. JAMES E. GATES
United States Magistrate Judge

